

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ELSON SILENCIEUX | CIVIL ACTION NO. 11-0327<br>Section P |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN SMITH, BUREAU OF<br>IMMIGRATIONS & CUSTOMS<br>ENFORCEMENT | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 18] filed on behalf of respondents is **GRANTED**, and that the Petition for Writ of *Habeas Corpus* is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. FED. R. CIV. P. 12(b)(1).

MONROE, LOUISIANA, this ___1___ day of ___July___, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE